No. 8551. G. E. LYBARGER, Plaintiff and Respondent, *vs.* HUGH E. BENT, Defendant and Appellant.

Decided: March 27, 1946.

It being shown by the certificate of the Clerk of the District Court of the Eight Judicial District, in and for the County of Cascade, that the judgment in the above entitled cause, being numbered 31524 in the said District Court, was satisfied in full in said court on December 7, 1945, and the case thereby settled and discharged.

Now, therefore, it is ordered that the said cause theretofore appealed to this Court be and it is hereby dismissed.

Done this 27th day of March, 1946.

Attorney for Appellant, *E. J. Stromnes*, Great Falls.

Attorneys for Respondent, *Murch* and *Wuerthner*, Great Falls; *Paul J. Murphy*, Stanford.

No. 8670. PAULINE NEWMAN, D/B as the Cheerio Restaurant, Plaintiff, *vs.* GLENN HARRIS, as Supt. of the Montana Institute for the Deaf and Blind, Defendant.

Decided: April 12, 1946.

Ex parte matter was presented this day in open Court by Howard T. Manion, Esq., counsel for Plaintiff, wherein Plaintiff seeks a write of declaratory judgment or other appropriate writ. Subsequently, it was ordered that the petition in the above entitled proceedings be denied by this court.

Done this 12th day of April, 1946.

Attorney for Plaintiff: *Howard T. Manion*, Great Falls.